UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
　:  Chapter 13
Shamsiddin Islam  :
　:  Bankruptcy No. 18-18081AMC
Debtor.  :

# O R D E R

**AND NOW**, this 8th day of January, 2019, the Debtor having filed the above bankruptcy case on December 6, 2018,

**AND**, the Debtor having filed two (2) prior bankruptcy case before the present case:

Including case number 17-16743, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on October 2, 2017 and dismissed on November 15, 2017 for failure to file information,

Including case number 17-18390, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on December 14, 2017 and dismissed on January 17, 2018 for failure to file information,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents as requested by the Chapter 13 Trustee:

>  Attorney Disclosure Statement
>  Chapter 13 Plan
>  Chapter 13 Statement of Current Monthly Income Form 122C-1
>  Means Test Calculation Form 122C-2
>  Schedules AB-J
>  Statement of Financial Affairs
>  Summary of Assets and Liabilities Form B106

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without

first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on January 29, 2019 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to file documents.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge