United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-18081-amc
Shamsiddin Islam                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Jan 10, 2019
                              Form ID: pdf900         Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
db             +Shamsiddin Islam,    8523 Cratin Place,    Philadelphia, PA 19153-1915
14247359       +Adam Grutzmacher,    1617 JFK Blvd, Ste 355,    Philadelphia, PA 19103-1837
14246964       +Bayview Loan Servicing LLC,    c/o Kevin G. McDonald, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14247360       +Charlena Smith Crosby,    1011 Madison Street,    Chester, PA 19013-5922
14247362       +Delawae County Regional Water Authority,    100 E 5th Street,    Chester, PA 19013-4592
14247363       +Delaware Tax claim Bureau,    201 West Front Street,    Media, PA 19063-2768
14247364       +Deutsche Bank National Trust Company,    1735 Market Street #24,    Philadelphia, PA 19103-7516
14247365      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Mortgage Company,     5050 Kingsley Drive,
                 Cincinnati, OH 45263)
14247368       +Michael Rashid,    1151 Pillegi  Court,   Ambler, PA 19002-1548
14247369       +Ocwen Servicing, LLC,    1661 Worthington Avenue, Ste 100,    West Palm Beach, FL 33409-6493
14247370       +Pennsylvania Dept of Revenue,    PO Box 280948,    Harrisburg, PA 17128-0948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 11 2019 02:54:00      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 11 2019 02:53:57      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14247366       +E-mail/Text: cio.bncmail@irs.gov Jan 11 2019 02:53:22      Internal Revenue Service,
                 601 Market Street,    Philadelphia, PA 19106-1729
14246668        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2019 02:53:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14247367*      +Internal Revenue Svc,    PO Box 7346,    Philadelphia, PA 19101-7346
14247371*      +Pennsylvania Dept of Revenue,    PO Box 280948,    Harrisburg, PA 17128-0948
14247361      ##+Charles Armstrong,    209 Walnust Street,    Norristown, PA 19401-5016
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Shamsiddin  Islam rleite@roachleite.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 4
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :       Chapter 13
    Shamsiddin Islam                :
                                    :       Bankruptcy No. 18-18081AMC
        Debtor.                     :

## ORDER

**AND NOW**, this 8th day of January, 2019, the Debtor having filed the above bankruptcy case on December 6, 2018,

**AND**, the Debtor having filed two (2) prior bankruptcy case before the present case:

Including case number 17-16743, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on October 2, 2017 and dismissed on November 15, 2017 for failure to file information,

Including case number 17-18390, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on December 14, 2017 and dismissed on January 17, 2018 for failure to file information,

**AND**, the docket reflecting that the Debtor has failed to file the below listed documents as requested by the Chapter 13 Trustee:

> Attorney Disclosure Statement
> Chapter 13 Plan
> Chapter 13 Statement of Current Monthly Income Form 122C-1
> Means Test Calculation Form 122C-2
> Schedules AB-J
> Statement of Financial Affairs
> Summary of Assets and Liabilities Form B106

**AND**, it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without

first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on January 29, 2019 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to file documents.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge