# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Shamsiddin Islam | : | Chapter 13 |
| | : | Case No.18-18081-amc |
| Delaware County Tax Claim Bureau, | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| Shamsiddin Islam, Debtor | : | |
| and | : | |
| William C. Miller, Trustee | : | |

## CERTIFICATION OF NO RESPONSE

I, Stephen V. Bottiglieri, Esquire, hereby certify that no answer, objection, other responsive pleading, or request for hearing has been filed within the time allowed by law to the Notice of and Motion for Relief from the Automatic Stay.

**MICHAEL F. X. GILLIN & ASSOCIATES, P.C.**

Date: 2/23/2019    **BY:** /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Attorney for Movant
Tax Claim Bureau of Delaware County
230 N. Monroe Street
Media, PA 19063
P (610) 565-2211
F (610) 565-1846
sbottiglieri@gillinlawoffice.com