**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------X

**IN RE**:

**SHAMS IDDIN ISLAM**

CHAPTER 13

CASE NO.: 18-18081-amc

       Debtor,

---------------------------------------------------X

# ORDER

    **AND NOW WHEREAS:**

It is therefore ORDERED that:

    1. The above bankruptcy case is DISMISSED.

    2. The Debtor is PROHIBITED from filing another bankruptcy case without first filing a MOTION docketed in this bankruptcy case REQUESTING LEAVE OF COURT to file the new case.

    3. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

By the Court,

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge

**Dated:** _____ ___, _____