UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Shamsiddin Islam | : | Chapter 13 |
| | : | Case No.18-18081-amc |
| Delaware County Tax Claim Bureau, | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| Shamsiddin Islam, Debtor | : | |
| and | : | |
| William C. Miller, Trustee | : | |

### ORDER

**AND NOW**, this  26th  day of  February       , 2019, upon consideration of The Delaware County Tax Claim Bureau's Motion for Relief from the Automatic Stay and Co-Debtor Stay and after the opportunity for a response thereto and a hearing thereon, it is hereby **ORDERED** that the Motion for Relief from the Automatic Stay is hereby **GRANTED**.

It is further **ORDERED** that the Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code 11 U.S.C. 362 is modified with respect to the real property located at:

- a. 318 E. 9th Street, bearing folio no. 49-04-00267-00;
- b. 301 W. 3rd Street, bearing folio no. 49-06-00113-00;
- c. 303 W. 3rd Street bearing folio no. 49-06-00114-00;
- d. 306 W. 7th Street bearing folio no. 49-06-00339-00;
- e. 218 Concord Ave bearing folio no. 49-06-00702-00;
- f. 220-222 Concord Ave bearing folio no. 49-06-00703-00;
- g. 211 Patterson Avenue bearing folio no. 49-06-01006-00;
- h. 504 W. 2nd Street bearing folio no. 49-07-00046-00;

i. 618 W. 6th Street bearing folio no. 49-07-00418-00;

j. 400 W. 15th Street bearing folio no. 49-01-00005-00;

k. 338 W. 22nd Street bearing folio no. 49-01-00963-00;

l. 133 E. 23rd Street bearing folio no. 49-01-01203-00;

m. 1129 Chestnut Street bearing folio no. 49-02-00743-00;

n. 1413 Hancock Street bearing folio no. 49-02-01150-00;

o. 1143 Potter Street bearing folio no. 49-02-01400-00;

p. 1140 Walnut Street bearing folio no. 49-02-02013-00;

q. 1011 Madison Street bearing folio no. 49-04-00583-00;

r. 620 W. 6th Street bearing folio no. 49-07-00419-00;

s. 925 W. 8th Street bearing folio no. 49-07-00666-00;

t. 1128 Kerlin Street bearing folio no. 49-07-01407-00;

u. 1106 Parker Street bearing folio no. 49-07-01738-00;

v. 1313 W. 3rd Street bearing folio no. 49-08-00188-00;

w. 921 W. 5th Street bearing folio no. 49-08-00292-00;

x. 2224 W. 3rd Street bearing folio no. 49-10-00174-00;

y. 2531 W. 7th Street bearing folio no. 49-11-00736-00;

z. 2902 W. 11th Street bearing folio no. 49-11-01008-00;

aa. 1909 W. 4th Street bearing folio no. 49-10-00358-00;

bb. 411 Highland Avenue bearing folio no. 49-11-01495-00;

cc. 326 Taylor Ave bearing folio no. 49-06-01181-00;

dd. 504 W. 10th Street bearing folio no. 49-07-00751-00;

ee. 1112 White Street bearing folio no. 49-02-02111-00;

ff. 927 Upland Street bearing folio no. 49-05-01316-00;

gg. 929 Upland Street bearing folio no. 49-05-01317-00;

hh. 1103 Thomas Street bearing folio no. 49-05-01242-00;

ii. 344 Parker Street bearing folio no. 49-07-01671-00;

jj. 337 Kerlin Street bearing folio no. 49-07-01199-00;

kk. 540 E. 8th Street bearing folio no. 49-05-00132-00;

ll. 00 W. 7th Street bearing folio no. 49-06-00380-00;

mm. 911 W. 5th Street bearing folio no. 49-08-00287-00;

nn. 1124 W. 9th Street bearing folio no. 49-08-00568-00;

oo. 1130 W. 9th Street bearing folio no. 49-08-00571-00;

pp. 1113 W. 9th Street bearing folio no. 49-08-00627-01;

qq. 924 Pennell Street bearing folio no. 49-08-01234-00;

rr. 2845 W. 6th Street bearing folio no. 49-11-00645-00 and

ss. 828 Elsinore Place bearing folio no. 49-05-00614-00.

as to allow the Movant to sell said real property pursuant to the Pennsylvania Real Estate Tax Sale Law; and it is further

**ORDERED** that if this Order is recorded in compliance with applicable state laws governing notices of interests or liens in real property, this Order shall be binding in any other case under this Title purporting to affect the Property filed within two (2) years from the date of this Order, such bankruptcy filings shall not trigger the automatic stay under 11 U.S.C. §362(a) as to the real property set forth above unless the debtor in that subsequent case obtains a further

order of this court, based upon changed circumstances or for good cause shown.

BY THE COURT:

_____
ASHELY M. CHAN, U.S.B.J.