United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shamsiddin Islam  
    Debtor

Case No. 18-18081-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 2    Date Rcvd: Feb 26, 2019  
                Form ID: pdf900    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2019.
```
db             +Shamsiddin Islam,    8523 Cratin Place,    Philadelphia, PA 19153-1915
14247359       +Adam Grutzmacher,    1617 JFK Blvd, Ste 355,    Philadelphia, PA 19103-1837
14246964       +Bayview Loan Servicing LLC,    c/o Kevin G. McDonald, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14247360       +Charlena Smith Crosby,    1011 Madison Street,    Chester, PA 19013-5922
14269642       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14247362       +Delawae County Regional Water Authority,    100 E 5th Street,    Chester, PA 19013-4592
14259080       +Delaware County Tax Claim Bureau,    c/o Stephen V. Bottiglieri, Esquire,    230 N. Monroe Street,
                 Media, PA 19063-2908
14247363       +Delaware Tax claim Bureau,    201 West Front Street,    Media, PA 19063-2768
14247364       +Deutsche Bank National Trust Company,    1735 Market Street #24,    Philadelphia, PA 19103-7516
14247365      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Mortgage Company,    5050 Kingsley Drive,
                 Cincinnati, OH 45263)
14272220       +LSF9 MASTER PARTICIPATION TRUST,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14269954       +LSF9 Master Participation Trust,    c/o Thomas Song, Esq., Id.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
14247368       +Michael Rashid,    1151 Pillegi Court,    Ambler, PA 19002-1548
14247369       +Ocwen Servicing, LLC,    1661 Worthington Avenue, Ste 100,    West Palm Beach, FL 33409-6493
14247370       +Pennsylvania Dept of Revenue,    PO Box 280948,    Harrisburg, PA 17128-0948
14273619       +Specialized Loan Servicing LLC,    PO BOX 636007,    Littleton, Colorado 80163-6007
14267065       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14272617       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 27 2019 02:37:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 27 2019 02:37:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: duffyk@co.delaware.pa.us Feb 27 2019 02:37:17     Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
14273083       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 27 2019 02:37:04
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14258558       +E-mail/Text: duffyk@co.delaware.pa.us Feb 27 2019 02:37:17     Delaware County Tax Claim Bureau,
                 Government Center Building,    201 W. Front Street,    Media, PA 19063-2708
14270700        E-mail/Text: cio.bncmail@irs.gov Feb 27 2019 02:36:46     IRS,    PO Box 21126,
                 Philadelphia PA 19114
14270824        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2019 02:34:29
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14246668        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2019 02:36:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14247366*      +Internal Revenue Service,    601 Market Street,    Philadelphia, PA 19106-1729
14247367*      +Internal Revenue Svc,    PO Box 7346,    Philadelphia, PA 19101-7346
14247371*      +Pennsylvania Dept of Revenue,    PO Box 280948,    Harrisburg, PA 17128-0948
14247361      ##+Charles Armstrong,    209 Walnust Street,    Norristown, PA 19401-5016
                                                                                   TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                   Date Rcvd: Feb 26, 2019
                               Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Shamsiddin   Islam rleite@roachleite.com
              ROBERT J. DAVIDOW    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
               robert.davidow@phelanhallinan.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com, ecfnotices@comcast.net
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------X
IN RE:

SHAMS IDDIN ISLAM

CHAPTER 13

CASE NO.: 18-18081-amc

Debtor,
-------------------------------------------------X

## ORDER

**AND NOW WHEREAS:**

It is therefore ORDERED that:

1. The above bankruptcy case is DISMISSED.

2. The Debtor is PROHIBITED from filing another bankruptcy case without first filing a MOTION docketed in this bankruptcy case REQUESTING LEAVE OF COURT to file the new case.

3. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

By the Court,

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge

**Dated: February 26, 2019**