CASE Number 18-18081-AMC

I, SHAURIPUN ISLAM, is filing for bankruptcy after completing the request from the Judge to HAVE All properties insured By Insurance Company, to which I HAVE complied.



Shauraih lee

610 656 8725