*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Shamsiddin Islam
    Debtor(s)

Case No: 18−18081−amc

Chapter: 13

---

*STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Ashely M. Chan ,

United States Bankruptcy Court

on 10/15/19 at 11:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107 .


For The Court

Timothy B. McGrath
Clerk of Court

40 − 38
Form 150