THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| Shamsiddin Islam | : | NO. 18-18081 |
| Debtor | : | |

## ORDER

**AND NOW,** this 15th day of October, 2019 upon consideration of the Debtor's Letter Request dated September 12, 2019,

It is hereby **ORDERED** that the Letter Request is denied for lack of prosecution.

_____
Ashely M. Chan, United States Bankruptcy Judge