United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                         Case No. 18-18081-amc
Shamsiddin Islam                                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD            Page 1 of 1                Date Rcvd: Oct 17, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
db             #+Shamsiddin Islam,    8523 Cratin Place,    Philadelphia, PA 19153-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
      LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau laltieri@toscanigillin.com
      ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Shamsiddin  Islam rleite@roachleite.com, lanette@roachleite.com
      ROBERT J. DAVIDOW    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST robert.davidow@phelanhallinan.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                          TOTAL: 7

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Shamsiddin Islam | : | NO. 18-18081 |
| | : | |
| Debtor | : | |

## ORDER

**AND NOW,** this 15th day of October, 2019 upon consideration of the Debtor's Letter Request dated September 12, 2019,

It is hereby **ORDERED** that the Letter Request is denied for lack of prosecution.

_____
Ashely M. Chan, United States Bankruptcy Judge