7569-01-00-000038-0001-0000051

# Dispute resolution notification

experian.

**As required by the FCRA, we are notifying you that we modified or deleted your data in response to a consumer dispute. The reason for the modification or deletion and the details appear below. No response is required; however, you may want to use this information to check your records.**

## Notification information

| Notification action | Notification type |
|---|---|
| Delete | Identification |
| **Notification reason** | **Data furnisher** |
| Internal Processing | |
| **Notification date** | **Data furnisher code** |
| 04/22/2024 | 6004000 |
| **Control number** | **For public records only:** |
| 1741362901001 | Reference number |
| | Book page seq. number |

## Consumer identification

Name
SHAMSIDDIN HAMEEN ISLAM
Address
641 NORTH AVE NE #3101
ATLANTA GA 30308
Previous address

Social Security number
XXX-XX-0980
Date of birth
05/01/1955

## Dispute information

Dispute reason
Consumer claims they never lived or received mail at this address.

## Identification information

The shaded areas contain the information as it appeared when it was disputed, the non-shaded areas contain the modified data. If all of the non-shaded areas are blank, the data was deleted.

| Name | Social Security number | Telephone number | Driver's license number |
|---|---|---|---|
| - | - | - | - |
| - | - | - | - |

| Address | Employer | Employer address |
|---|---|---|
| - | - | - |
| 8523 CRATIN PL<br>PHILADELPHIA PA 19153-1915 | - | - |

MAY - 9 2024
TIMOTHY McGRATH,
BY

PO Box 2103
Allen, TX 75013

000038 01 SP 0.640 ..SNGLP H2 0 7569 19107-423300 -C01-P00038-I
US BKPT CT PA PHILADELPH
900 MARKET ST RM 400
PHILADELPHIA PA 19107-4233